RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 JUL 21   A 8 20

**Albert E. Davis 219725**
Full name and prison number of
plaintiff(s)

v.

**Sgt. Cedric Speck**
**COI Kelly**
**COII S. Nettles**

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

)
)
)
)
)
)
)       CIVIL ACTION NO. **2.05cv672-f**
)       (To be supplied by the Clerk of the
)           U.S. District Court)
)
)
)
)
)
)
)

## I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No (X)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?         Yes ( )   No (X)

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit
       Plaintiff(s) _____

       Defendant(s) _____

2.    Court (if federal court, name the district; if state court, name the county)
       _____

3.    Docket No. _____

4.    Name of Judge to whom case was assigned _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.    PLACE OF PRESENT CONFINEMENT **Bullock County -**
**Correctional Facility**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Bullock**
**Correctional Facility**

III.    NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sgt Cedric Speck | B.C.C.F. |
| 2. | COI Kelly | B.C.C.F. |
| 3. | COII S. Nettles | B.C.C.F. |
| 4. | | |
| 5. | | |
| 6. | | |

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED **May 6 2005**
**Approximately between the hours of 1:00 and 1:30 P.M.**

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Under State Administrative Rules - Officers**
**Conduct # 207 (5),(3)a,(1) and (3C), Threats and Abusive Language.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
**Sgt. C. Speck did in fact violate my civil rights. He cursed me and**
**Sgt. C. Speck, did in true violated my civil rights. He curse me and**
**spraied me in the face and repetely beat me while I was in hand**
**cuffs, Sgt. Speck also stumped my head to the floor, see**

GROUND TWO: under Standards of Conduct for officer's violation of administration Regulation #207(s),(3),(a),(7),(10),(8), (C), threats and abusive language.

SUPPORTING FACTS: C.O.I. officer Kelly Pull MY legs from under to Cause Me to fall on MY face to the Concrete, he SPraed Me With Maz while in hand Cuffs, then he help Stump on MY head and back, an all the while curseing Me and threating Me,

See attachment Sheet

GROUND THREE: Capt. Nettle's, did allow this incident to be Covered up, after I Visit him on 5-9-2005

SUPPORTING FACTS: To Cover UP for the officer's the Captain did allow Me to be Written up a Citation under administration Rule #403) #62 ) intently Creating a security an health hazard, the Citation was approved by Capt. S. Nettle's on 5-11-05   I refuse to sin8 on 5-13-05

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

I am asking this honorable Court to award Me Monetary damage from each officer, and the Citation be removed from MY institutional file, and each officer be suspended for a total of ten (10) working days Without any Pay/ TRAIL BY JURY

X _Albert Davis_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-10-05
(date)

_albert Davis_
Signature of plaintiff(s)