RECEIVED
2005 JUL 21 A 8:20

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

AlBert Davis Jr. #219725,
PETITIONER,

vs

CASE NO. 2:05cv672-F

COS II S. NETTLES, C. Speck's, COI Kelly
RESPONDENT,

SWORN AFFIDAVIT

I, AlBert Davis Jr. #219725, the affiant do swear under oath that the following statement made regarding the aforementioned case is true and correct to the best of my knowledge and would so aver that: ON MAY 6, 2005 Round or about 1:00 or 1:30 pm. a fight broke out in dorm one When an inmate Named Raymond Stabbard was caught masterbateing on other inmates. COI Brenda Austin, COI Terrsa Maldon Enter the dorm after inmate Raymond Stubbard had want out of the dorm I AlBert Davis #219725 an inmate Derrick Smith #221124 stated to the officer's the reason why the fight had happen. The officers then radio for the supervisor SGT. Cedric Speck's and COI Kelly Enter the dorm. SGT. C. Speck's told me and Derrick Smith to go to our rack's which we did. SGT. C. Speck then approched inmate Derrick Smith at his rack Putting his finger

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUL 21 A 8:20

Affidavit of Jeremy Smitherman. AIS: 217317

Before me the undersigned authority a Notary Public In and for said County and State of Alabama at large personally appears Jeremy Smitherman, who being known to me and being Duly Sworn by me Depose and say under oaths as follows:

My name is Jeremy Smitherman, I am over the age of Twenty-One (21) years, I make this Affidavit on personal knowledge and I am competent to testify to the matters stated herein:

I Jeremy Smitherman saw on 5-6-2005 at 1:23 pm. SGT. Speeks come in the dorm in response to a fight. when he entered the dorm Albert Davis was trying to explain why the fight took place. SGT. Speeks then told Davis to sit down. when Albert sit on his bunk SGT. Speeks hit him in the face. SGT. C. Speeks then pulled out his pepper spray and sprayed him and threw him into the bunks. Officer Kelly then grabed Davis and threw him to the floor and officers Kelly and moore handcuffed him. then SGT Speeks along with COI Kelly start Kicking Albert Davis after he was cuffed SGT. Speeks even jump up and down on Albert Davis back. After it was all over we asked to see the warden But SGT. Speeks said not on his whatch. SGT. Speeks also stated in his words when its all said and done he was still be around Kicking ass up and down this Prison

NOTARY PUBLIC x Jeremy Smitherman 217317
Jeremy Smitherman II

Sworn to and Subscribed before me this 8th day of June, 2005

Lance C. Anthony
NOTARY PUBLIC

MY COMMISSION EXPIRES

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUL 21 A 8: 20

Affidavit of MARK Byrd, AIS: w/142221

Before me the undersigned authority a Notary Public In and for said County and State of Alabama at large personally appears MARK Byrd, who being known to me and being Duly Sworn by me Depose and say under oaths as follows:

My name is MARK Byrd, I am over the age of Twenty-One (21) years, I make this Affidavit on personal knowledge and I am competent to testify to the matters stated herein:

ON MAY 6, 2005. at around 1:23 Pm. SGT. Cedric speck's assaulted inmate AlBert Davis for no reason. He called Davis a bitch and Told him to sit on his bunk and Davis complied. Then SGT. speck's said something I couldn't understand and Davis said "Whatever" SGT. Speck's then Kicked Davis in the chest and Davis put his hands up to try to block the blow. SGT. speck then said, "So you want to fight back" and grabbed Davis and slammed him into the bunk and he along with COI Kelly, slammed Davis to the Floor. Another officer maced Davis. He was then handcuffed and SGT. speck's jumped up and down on his back. To use SGT. speck's own word I have a reputation to keep up "beating ya'll down." This incident was totally uncalled for. when a group of inmate's and Myself included asked to see the warden about the incident SGT. Speck's came back to the dorm and told us if we talked to the warden we better walk light because He will still be around beating folks down, and for us to be sure and tell the warden that he said that. Then he stated for us to get up to the warden the best way we could Knowing that with out a pass it would be impossiable

X Mark Byrd 142221
MARK Byrd #w/142221

Sworn to and Subscribed before me this 8th day of June, 2005

[signature]
NOTARY PUBLIC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

MY COMMISSION EXPIRES