IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

2005 JUL 21 A 8:20

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

ALBERT DAVIS JR #21.97.25.     CA: 2:05CV672-F
Plaintiff(s)

v.

Sgt. C. Specks - C.O.I. Kelly, - C.O.S II S. Nettles
Defendant(s)

I, ALBERT DAVIS JR 21.97.25., being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?        Yes ( )  No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )  No (X)
   B. Rent payments, interest, or dividends?               Yes ( )  No (X)
   C. Pensions, annuities, or life insurance payments?     Yes ( )  No (X)
   D. Gifts or inheritances?                               Yes (X)  No ( )
   E. Any other sources?                                   Yes ( )  No (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

3. Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts]. Yes ( ) No (X)

If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [ordinary household furnishings and clothing]? Yes ( ) No (X)

If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those and indicate how much you contribute toward their support. _____

_Albert Davis_
Signature of Affiant

STATE OF ALABAMA  )
COUNTY OF Bullock  )

Before me, a Notary Public in and for said County, in said State, personally appeared _Albert Davis_, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_Albert Davis_
Signature of Affiant

Sworn to and subscribed before me on this 10th day of June, 2005.

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

Bullock Cour
My Commission Expires: _____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
(date)

_____
Signature of Affiant

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 2.04 credit at the BULLOCK COUNTY CORR. FACILITY institution where he is confined, on account to his plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $ _____ on the first day of _____
B. $ _____ on the first day of _____
C. $ _____ on the first day of _____ (Attached)
D. $ _____ on the first day of _____
E. $ _____ on the first day of _____
F. $ _____ on the first day of _____

Date: 7/5/2005

_____
Authorized Officer of Institution

BULLOCK COUNTY CORR. FACILITY

```
                          STATE OF ALABAMA
                       DEPARTMENT OF CORRECTIONS
                      BULLOCK CORRECTIONAL FACILITY


AIS #: 219725        NAME: DAVIS, ALBERT E.              AS OF: 07/05/2005

                         # OF        AVG DAILY        MONTHLY
              MONTH      DAYS         BALANCE         DEPOSITS
     ----------------------------------------------------------------------

              JUL         26          $9.27           $20.00
              AUG         31          $8.82           $70.00
              SEP         30          $2.81           $20.00
              OCT         31         $11.54           $80.00
              NOV         30         $64.93           $20.00
              DEC         31         $38.07           $90.00
              JAN         31         $10.57           $50.00
              FEB         28         $25.07          $105.00
              MAR         31          $6.20           $35.00
              APR         30          $5.22           $60.00
              MAY         31          $2.16           $10.00
              JUN         30          $2.31            $0.00
              JUL          5          $2.04            $0.00
```