IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ALBERT E. DAVIS, #219725, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-672-F |
| | ) |
| CEDRIC SPECKS, *et al.,*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 21, 2005(Doc. #5), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for plaintiff's failure to comply with the orders of this court.

DONE this 19th day of October, 2005.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE