IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ALBERT E. DAVIS, #219725, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-672-F |
| | ) |
| CEDRIC SPECKS, *et al.,*, | ) |
| | ) |
|    Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is DISMISSED without prejudice.

DONE this 19th day of October, 2005.

                                                          /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE